

DLA Piper LLP (US)
1251 Avenue of the Americas
27th Floor
New York, New York 10020-1104
www.dlapiper.com

Joseph Alan Piesco, Jr.
Joseph.Piesco@dlapiper.com
T  212.335.4537
F  917.778.8629

March 3, 2020

<u>Via ECF</u>

The Honorable Katherine Polk Failla
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007



Re:  *Calcano v. Aero AG Holdings, LLC*
<u>Civil Case No. 1:19-cv-10056 (KPF)</u>

Dear Judge Failla:

We represent the Defendant, Aero AG Holdings, LLC, in the above-referenced matter. We write, jointly with Plaintiff's counsel, to respectfully request an adjournment of the pre-motion conference, currently scheduled on March 12, 2020. The reason for this request is because I am required to attend a court-ordered mediation concerning a case pending in the District Court of New Jersey (the mediation is before the Honorable Leda Dunn Wettre, U.S.M.J.) that day. The parties have conferred, and in accordance with the Court's rules, request that the Court adjourn the pre-motion conference to April 1, 2020, April 8, 2020 after 10:30 a.m., April 10, 2020 after 11:30 a.m., or any later date the Court is available. No prior adjournment has been requested regarding this matter.

We greatly appreciate Your Honor's courtesies in this regard, and thank the Court for its time and attention to this matter.

Respectfully submitted,

/s/ Joseph A. Piesco, Jr.

cc: All counsel of record (via ECF)

Application GRANTED.  The premotion conference currently scheduled for March 12, 2020, is hereby ADJOURNED to April 8, 2020, at 11:00 a.m. in Courtroom 618 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York.

Dated:  March 4, 2020
        New York, New York

SO ORDERED.

*[signature: Katherine Polk Failla]*

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE