UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARCOS CALCANO, *individually and on behalf of all others similarly situated*,<br><br>                      Plaintiff,<br><br>                      -v.-<br><br>AERO AG HOLDINGS, LLC,<br><br>                      Defendant. | 19 Civ. 10056 (KPF)<br><br>**ORDER** |

KATHERINE POLK FAILLA, District Judge:

      For the reasons stated on the record during the pre-motion conference held on April 8, 2020, and upon the consent of the parties, this matter is hereby STAYED until August 3, 2020, or further order of this Court.

      SO ORDERED.

Dated:    April 8, 2020
             New York, New York

                                                  KATHERINE POLK FAILLA
                                                United States District Judge