```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                           :
MARCOS CALCANO, on behalf of himself and all other         :
persons similarly situated,                                :
                                                           :
                                   Plaintiff,              :      19-CV-10056 (JPC)
                                                           :
         -v-                                               :      ORDER
                                                           :
                                                           :
AERO AG HOLDINGS, LLC,                                     :
                                                           :
                                   Defendant.              :
                                                           :
-----------------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: __12/2/2020__

JOHN P. CRONAN, United States District Judge:

It is hereby ORDERED that this matter remains stayed until March 1, 2021, by which date the parties shall provide an update to the Court as to whether a continued stay is warranted in this case.

SO ORDERED.

Dated: December 2, 2020
       New York, New York

_____
JOHN P. CRONAN
United States District Judge