# THE MARKS LAW FIRM, P.C.

June 14, 2022

<u>**Via ECF:**</u>

Honorable John P. Cronan
United States District Judge
United States District Court for the
Southern District of New York
500 Pearl Street
New York, NY 10007

> **Re:**   <u>***Calcano v. Aero AG Holdings, LLC***</u>
>           <u>**No. 1:19-cv-10056 (JPC)**</u>
>
>           **NOTICE OF SETTLEMENT**

Dear Judge Cronan:

The undersigned represents Marcos Calcano, ("Plaintiff") in the above referenced matter against Defendant, Aero AG Holdings, LLC, ("Defendant") (collectively the "Parties"). We write, with Defendant's consent, to inform the Court that the Parties have reached a settlement in principle and respectfully request that Your Honor dismiss this action with prejudice with the right to reopen in forty-five (45) days if the Settlement Agreement is not consummated. In light of the anticipated settlement, the undersigned respectfully requests all currently pending deadlines in this action be adjourned *sine die*.

We thank the Court for its time and attention in this matter.

Respectfully Submitted,

The Marks Law Firm, P.C.

By:_____
Bradly G. Marks

155 East 55th Street, Suite 6A, New York, New York 10022
T: (646) 770 – 3775, F: (646) 867 – 2639, brad@markslawpc.com
www.markslawpc.com